UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK E. NOEL,<br><br>        Plaintiff,<br><br>    v.<br><br>WARDEN,<br><br>        Defendant. | Case No. 19-cv-03118-EMC<br><br>**ORDER EXTENDING DEADLINES AND DENYING REQUEST FOR APPOINTMENT COUNSEL**<br><br>Docket Nos. 6, 7, 8 |

Respondent's request for an extension of the deadline to file an answer or other responsive pleading to the petition for writ of habeas corpus is **GRANTED**. Docket No. 8. The Court now sets the following new deadlines: Respondent must file and serve his answer or other responsive pleading no later than **March 20, 2020.** Petitioner must file and serve his traverse no later than **April 17, 2020**.

Petitioner has requested that counsel be appointed to represent him in this action. A district court may appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require" and such person is financially unable to obtain representation. 18 U.S.C. § 3006A(a)(2)(B). The decision to appoint counsel is within the discretion of the district court. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986). Appointment is mandatory only when the circumstances of a particular case indicate that

///

///

///

///

appointed counsel is necessary to prevent due process violations. *See id.* Petitioner's request for appointment of counsel is **DENIED** because the interests of justice do not require appointment of counsel in this action. Docket Nos. 6, 7.

**IT IS SO ORDERED**.

Dated: January 17, 2020

_____
EDWARD M. CHEN
United States District Judge